FILED
CLERK, U.S. DISTRICT COURT
OCT 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. RYALL,<br><br>    Petitioner,<br>vs.<br>MR. GUTIERREZ,<br><br>    Respondent. | Case No. CV 11-4084-SVW (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that Judgment be entered granting the Motion to Dismiss and dismissing this action without prejudice.

DATED: Oct 12, 2011

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE