1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

**OCT 1 2 2011**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. RYALL, | ) Case No. CV 11-4084-SVW (DTB) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| MR. GUTIERREZ, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____Oct 1 2, 2011_____

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1